# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

IRONWORKERS DISTRICT COUNCIL
OF SOUTHERN OHIO & VICINITY
BENEFIT TRUST, et al.,

        Plaintiffs,

-vs-                                         Case No. 3-:09-CV-053

GARY WILLIAMS d/b/a ARC CONSTRUCTION,

                                                               Judge Thomas M. Rose

        Defendant.

## ENTRY AND ORDER

On May 7, 2009, the Clerk of this Court entered the default of Defendant Gary Williams d/b/a ARC Construction. On that same day, the Plaintiffs filed their Motion for Default Judgment against Gary Williams d/b/a ARC Construction. (Doc. #7.)

On June 4, 2009, this Court overruled Plaintiffs' Motion for Default Judgment because the liquidated damages sought exceeded the statutory 20% limit and because the Benefit Trust, Pension Trust, and Annuity Trust agreements provide that interest is to be calculated, "on all delinquent payments, *liquidated damages*, and accumulated interest until paid." which appears to be in violation of 29 U.S.C. §1132(g)(2)(B). Section 1132(g)(2)(B) requires that interest be calculated only on unpaid contributions, and not on liquidated damages.

Plaintiffs have not yet resubmitted a motion for default judgment. Wherefore, Plaintiffs are given until not later than sixty (60) days following entry of this Order to submit a motion for

default judgment for damages that is consistent with 29 U.S.C. § 1132(g). Failure to do so will result in dismissal of this matter for failure to prosecute.

**DONE** and **ORDERED** in Dayton, Ohio, this Ninth day of March, 2010.
.

                                                 s/Thomas M. Rose

                               _____
                                    THOMAS M. ROSE
                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record