# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

IRONWORKERS DISTRICT COUNCIL
OF SOUTHERN OHIO & VICINITY
BENEFIT TRUST, et al.,

    Plaintiffs,

-vs-               Case No. 3-:09-CV-053

GARY WILLIAMS d/b/a ARC CONSTRUCTION,

                   Judge Thomas M. Rose

    Defendant.

_____

## ENTRY AND ORDER STAYING THIS MATTER
_____

    A Notice of the Bankruptcy of Defendant Gary Williams d/b/a Arc Construction has been filed in this case (doc. #10) and a review of the Complaint reveals that only monetary damages are sought. Thus, the applicability of the bankruptcy stay protection provided by 11 U.S.C. § 362 should be considered.

    The purpose of the bankruptcy stay protection provided by 11 U.S.C. § 362 is to shield the estate from direct action taken by creditors against a debtor's real or personal property and to prevent an uncontrolled scramble to liquidate the estate. *Larami Limited v. Yes! Entertainment Corp.*, 244 B.R. 56, 59 (D.N.J. 2000). Thus, since only monetary damages are sought, the bankruptcy stay protection is applicable to this case.

    Therefore, this matter is STAYED pending the outcome of the Defendant's bankruptcy. The Parties are hereby ordered to notify the Court when the bankruptcy is resolved.

**DONE** and **ORDERED** in Dayton, Ohio, this Nineteenth Day of May, 2010.
.
                                            **s/Thomas M. Rose**

                                            THOMAS M. ROSE
                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record